Rob Bonta, State Bar No. 202668
Attorney General of California
Alicia A. Bower, State Bar No. 287799
Supervising Deputy Attorney General
Arthur B. Mark III, State Bar No. 220865
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7345
 Fax: (916) 324-5205
 E-mail: Arthur.Mark@doj.ca.gov
*Attorneys for Defendant*
*J. Luna*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEY HALL,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**CDCR, et al.,**<br><br>                              Defendant. | Case No. 2:22-cv-00366-DAD CKD (PC)<br><br>[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO OPT-OUT OF EARLY ADR PROGRAM<br><br>Judge:        Hon. Carolyn K. Delaney<br>Trial Date:   None set<br>Action Filed: February 25, 2022 |

This matter having come before the Court on the parties' stipulation to extend time for Defendant to opt-out of the Court's early ADR program and good cause appearing, the stipulation is GRANTED. The time for Defendant to file a motion to opt-out of the Early ADR program is extended to December 7, 2022.

IT IS SO ORDERED.

Dated: November 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

Stipulation and Order Extending Time to Opt Out of Early ADR (2:22-cv-00366-TLN CKD (PC))