IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEY HALL,**<br><br>Plaintiff,<br><br>v.<br><br>**CDCR, et al.,**<br><br>Defendant. | 2:22-cv-00366-TLN CKD (PC)<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO OPT-OUT OF EARLY ADR PROGRAM**<br><br>Judge:        Hon. Carolyn K. Delaney<br>Trial Date:  None set<br>Action Filed: February 25, 2022 |

This matter having come before the Court on the parties' second stipulation to extend time for Defendant to opt-out of the Court's early ADR program and good cause appearing, the stipulation is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The time for Defendant to file a motion to opt-out of the Early ADR program is extended to January 6, 2023.

2. The stay of this case entered on September 6, 2022 is hereby extended until further order of the court.

1

Dated:  December 6, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE