IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEY HALL,**<br><br>                                    Plaintiff,<br><br>    v.<br><br>**CDCR, et al.,**<br><br>                                    Defendant. | Case No. 2:22-cv-00366-TLN CKD (PC)<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT TO OPT-OUT OF EARLY ADR PROGRAM**<br><br>Judge:           Hon. Carolyn K Delaney<br>Trial Date:    None set<br>Action Filed: February 25, 2022 |

This matter having come before the Court on the parties' third stipulation to extend time for Defendant to opt-out of the Court's early ADR program and good cause appearing, the stipulation is GRANTED.

The time for Defendant to file a motion to opt-out of the Early ADR program is extended to February 6, 2023. The stay of this case is extended pending further order of the court.

IT IS SO ORDERED.

Dated: January 11, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1