ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone:  (916) 210-7345
　Fax:  (916) 324-5205
　E-mail:  Arthur.Mark@doj.ca.gov
*Attorneys for Defendant*
*J. Luna*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEY HALL,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CDCR, et al.,**<br><br>　　　　　　　　　　　Defendant. | Case No.  2:22-cv-00366-DJC-CKD (PC)<br><br>**NOTICE OF SUBMISSION OF DEFENDANT'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Trial Date:　　None Set<br>Action Filed:　February 25, 2022 |

1

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on February 1, 2024, Defendant Luna submitted a confidential settlement conference statement to the Court for the settlement conference currently set in this case for February 8, 2024.

Dated: February 1, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General

*/s/ Arthur B. Mark III*

ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendant
J. Luna*

SA2022301866
37841055.docx

2

Notice of Submission of Conf. Settlement Conference Statement  (Case No. 2:22-cv-00366-DJC-CKD (PC))

# CERTIFICATE OF SERVICE

Case Name:   **Rodney Hall (T-52491) v. CDCR, et al.**
No.          **2:22-cv-00366-DJC-CKD (PC)**

I hereby certify that on **February 1, 2024**, I electronically filed the following documents with the

## NOTICE OF SUBMISSION OF
## DEFENDANT'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **February 1, 2024**, at Sacramento, California.

| K. Jeffers | */s/ K. Jeffers* |
|---|---|
| Declarant | Signature |

SA2022301866
37842025.docx