1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ALICIA A. BOWER, State Bar No. 287799
   Supervising Deputy Attorney General
3  ARTHUR B. MARK III, State Bar No. 220865
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7345
6    Fax: (916) 324-5205
     E-mail: Arthur.Mark@doj.ca.gov
7  *Attorneys for Defendant*
   *J. Luna*
8
   LAW OFFICE OF J. BLACKNELL
9  JOVAN BLACKNELL (SBN 237162)
   KELLEN DAVIS (SBN 326672)
10 200 Corporate Pointe, Suite 495
   Culver City, CA 90230
11 T.: 310.469.9117; F.: 310.388.3765
   *Attorneys for Plaintiff*
12 *Rodney Hall*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEY HALL,**<br><br>  Plaintiff,<br><br>  v.<br><br>**CDCR, et al.,**<br><br>  Defendant. | Case No. 2:22-cv-00366-DJC-CKD (PC)<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Plaintiff and Defendant, by and through their attorneys of record, file this stipulated request to extend the time to file dispositional documents by a period of thirty days from the current date of July 22, 2024 to August 21, 2024. Good cause for the extension exists as follows.

/ / /

/ / /

1

1.      On June 20, 2024, the parties participated in a settlement conference with the Court, which resulted in a settlement stated on the record and at which time the Court ordered that dispositional documents be filed within thirty days, by July 22, 2024.  (ECF No. 38)

2.      Defendant's counsel was out of the office for personal reasons from June 21-26, 2024.

3.      Defendant's counsel drafted a settlement agreement and release and a stipulation for dismissal and provided these documents and the blank payee data form to Plaintiff's counsel via email on July 3, 2024.

4.      Plaintiff's counsel has reviewed the draft documents and forwarded them to the Plaintiff for review and signature.  However, Plaintiff is incarcerated and communication is via the prison mail system to receive and return documents.  Accordingly, to allow time for Plaintiff to receive and review the settlement documents, consult with his counsel, and sign and return the required documents, the parties request the Court extend the time to file dispositional documents to and including August 21, 2024.

IT IS SO STIPULATED.


Dated:  July 18, 2024                    */s/ Arthur B. Mark*
                                         ARTHUR B. MARK III
                                         Deputy Attorney General
                                         *Attorneys for Defendant*
                                         *J. Luna*


Dated:  July 18, 2024                    */s/ Kellen Davis*
                                         KELLEN DAVIS
                                         (AS AUTHORIZED ON 07/18/2024)
                                         *Attorneys for Plaintiff*
                                         *Rodney Hall*

**ORDER**

This matter having come before the Court on the parties' stipulation to extend the time to file dispositional documents and good cause appearing, the stipulation is GRANTED.

The time for the parties to file dispositional documents is extended to August 21, 2024.

IT IS SO ORDERED.

Dated:  July 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE